Tape #____ from ____ to ____

MISDEMEANOR PETTY OFFENSE

**RULE 5 INITIAL APPEARANCE RECORD BEFORE
MAGISTRATE JUDGE FREDERICK R. BUCKLES**

FILED
MAR 30 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mag. No. 01-____

D/C Case No. 4:01CR90 FRB

Defendant's Name: Joseph Robert Schmidt        SSN# 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

Date of Initial Appearance: 3/30/2001        Proceedings Commenced 1:15 p.m.

Date Federal Custody Commenced: 3/30/2001 (on Summons - Misd. P.O.)

U.S. Attorney: Fred Dana                         Present   Not Present

Defense Attorney: ____                            Present   Not Present

Defendant advised of following:

✓ Nature of Offense                       ✓ Given copy of Comp/Indict/Info/Petn

✓ Right to be represented by counsel

____ Right to have counsel appointed, if indigent

____ Retained: Michael Kielty

____ Appointed: ____

✓ Right to remain silent; and that defendant's statements can be used against him.

N/A Right to preliminary examination under Rule 5.1 or preliminary hearing under Rule 32.1 within 10 days if detained; and within 20 days if released.

N/A Right to hearing here under Rule 40 if charged in another district.

N/A Right to transfer here for guilty plea under Rule 20 if charged in another district.

N/A Pretrial services bail report received on ____

From: Pretrial Services Officer ____

Defendant's residence: 243 Thomas        Tel. No. 636-946-5328
St. Charles, Mo. 63301

Defendant's Age: 21   DOB: 7/8/79   Sex: M   Race: W

____ Married: Spouse's Name: ____        No. of children 0

✓ Single                                  Ages: ____

- 1 -

#4

KAREN SCHMIDT - MOTHER
SAME ADDRESS

Location of defendant's family: _____

Defendant's current employment: **SAM'S CARPET**
636-949-8229        TECHNICIAN

Defendant's prior convictions: **NONE**

Bail set at: **$1000.00**     Sec. AB    O.R.    (Unsec.) AB    Cash Only    Property    10%

Motion for detention hearing made by

____ United States

____ Magistrate Judge

Detention hearing set for _____

Disposition at Initial Appearance:     ____ Committed to Custody
                                        ✓ Released on Bond
Next Appearance: **FRIDAY MAY 11, 2001**     at **2:00 p.** m. for **TRIAL**
                 Date                          Time              Proceeding

Before Judge **BUCKLES**.

Case to remain: ____ Sealed   ✓ Unsealed   ---   Proceedings Concluded: **1:30 p.m.**

Notes: **BOND EXECUTED. DEFENDANT RELEASED. DEFENDANT CONSENTS TO PROCEED BEFORE MAGISTRATE JUDGE. ARRAIGNMENT: DEFENDANT PLEADS NOT GUILTY. TRIAL SET FRIDAY, MAY 11, 2001 AT 2:00 p.m.**

*Frederick R. Buckles*
**UNITED STATES MAGISTRATE JUDGE**

-2-

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

## CASE INFORMATION RECORD       Page No. _____

Date 3-30-01  Operator Chiddy  Phone No. _____  Tape Nos. 1-2109 to 3018

Case No. 4:01Cr90FRB  Type of Proceeding Ini Apr / Arraignment

Division _____  Presiding Judicial Official Buckley

| Plaintiff(s): USA | Defendant(s): Joseph Robert Schmidt |
|---|---|
| Other Party Type: | Other Party Type: |

**Channel**

| 1. Presiding Judicial Official (J) | 3. Podium |
|---|---|
| 2. Witness Stand | 4. Jury Box |

| Plaintiff Attorney(s): Fred Dana | Defendant Attorney(s): Mike Kielty / Gary S. Heggs |
|---|---|

(See attached docket sheet for addresses)

☐ Defendant Waives Hearing   ☐ Court Appoints _____   ☐ Sealed Proceeding

Parties Present for hearing on: Initial apr - 2 Ct. Information Bond executed in amount of $1,000 unsecured Consents to magistrate /.

☒ Defendant Arraigned   ☐ Waives reading of Indictment/Information   ☐ Case taken under advisement

Plea Entered: not guilty   Order on Pretrial Motions ☐ Issued ☐ To issue

Trial date: 5-11-01 at 2pm   Before: FRB

Next Hearing Date: _____   Type of Hearing: _____   Before: _____

☐ Remanded to Custody   (☐ Released on Bond)   Attorney Present: _____

Proceeding Commenced: 1:10 pm   Proceeding Concluded: 1:25 pm

UNITED STATES DISTRICT COURT - EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 03/30/01 by cliddy
               4:01cr90    USA vs Schmidt

COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
                2 Certified Copies to USP
                1 Copy to Financial
                1 Copy to O.S.U.

Frederick Dana -  2927         Fax: 314-539-7695
Michael Kielty -  103827       Fax: 636-916-4956

SCANNED & FAXED BY:
MAR 30 2001
MJM